| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Buchalter LLP<br>Philip Nulud (SBN: 245147)<br>Pooya E. Sohi (SBN: 241574)<br>Elaine Cheng (SBN: 359685)<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, California 90017-1730<br>Tel.: 213.891.0700<br>ATTORNEY(S) FOR: Plaintiff MARTIN AUTO COLOR, INC.. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN AUTO COLOR, INC., a California corporation,<br><br>　　　　　　　　　　　　　　Plaintiff(s),<br>　　　v.<br>MARTIN AUTO PAINT AND SUPPLIES INC., a California corporation,<br><br>　　　　　　　　　　　　　　Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff MARTIN AUTO COLOR, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

　　　(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| MARTIN AUTO COLOR, INC.. | Plaintiff |
| MARTIN AUTO PAINT AND SUPPLIES INC. | Defendant |

| | |
|---|---|
| January 16, 2026<br>Date | /s/ Philip Nulud<br>Signature<br>Philip Nulud<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Plaintiff MARTIN AUTO COLOR, INC. |

CV-30 (05/13)　　　　　　　　　　**NOTICE OF INTERESTED PARTIES**