# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| MARTIN AUTO COLOR, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MARTIN AUTO PAINT AND SUPPLIES, INC.<br><br>DEFENDANT(S). | 2:26–cv–00510–ODW–AGR<br><br>**NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS** |

TO:       COUNSEL OF RECORD and PRO SE LITIGANTS:

Pursuant to Local Rule 3-1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U. S. C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), the attorney or party presenting the matter must also provide at the time of filing the required notice to the Patent and Trademark Office in patent, plant variety protection and trademark matters (Form AO-120) and the required notice to the Copyright Office in copyright matters (Form AO-121).

**The AO-121 form must include the copyright registration number for accurate reporting to the Copyright Office.**

   **Counsel**: Please complete the necessary form and electronically file within ten (10) days.

Clerk, U.S. District Court

  January 28, 2026  
        Date

By   /s/ Shaunte M Hunter   
        Deputy Clerk

**Note:  Please refer to the Court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**