AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MARTIN AUTO COLOR, INC., a California corporation <br> *Plaintiff(s)* <br> v. <br> MARTIN AUTO PAINT AND SUPPLIES INC., a California corporation <br> *Defendant(s)* | Civil Action No. 2:26-cv-00510 ODW (AGRx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MARTIN AUTO PAINT AND SUPPLIES INC.
13100 Magnolia Avenue,
Corona, California 92879

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Philip Nulud (SBN: 245147)
> pnulud@buchalter.com
>Pooya Sohi (SBN: 241574)
> psohi@buchalter.com
>Elaine Cheng (SBN: 359685)
> echeng@buchalter.com
>Buchalter LLP
>1000 Wilshire Boulevard, Suite 1500
>Los Angeles California 90017
>Tel.: 213.891.0700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 01/28/2026

Signature of Clerk or Deputy Clerk

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>PHILIP NULUD (SBN 245147)<br>BUCHALTER, LLP<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br>   *Telephone No:*   213-891-5061<br><br>   *Attorney For:*   Plaintiff | **For Court Use Only** |
| *Ref. No. or File No.:*<br>M8069.3 | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:*   MARTIN AUTO COLOR, INC., a California corporation
*Defendant:*   MARTIN AUTO PAINT AND SUPPLIES INC., a California corporation

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:26-cv-00510 ODW(AGRx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice To Counsel Re: Copyright, Patent, And Trademark Reporting Requirements; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. a.   Party served:     MARTIN AUTO PAINT AND SUPPLIES INC., a California corporation
   b.   Person served:    Jesus Rodriguez, Agent for Service of Process

4. Address where the party was served:   13100 Magnolia Avenue Suite F, Corona, CA 92879

5. I served the party:
   a. **by substituted service.**   On: Fri, Jan 30 2026 at: 11:33 AM by leaving the copies with or in the presence of:
   Martin Rodriguez, Store Manager

   (1) [ ]   **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]   **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]   **(Declaration of Mailing)** is attached.
   (4) [ ]   **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

15087579
(17639513)
Page 1 of 2

| Attorney or Party without Attorney: <br> PHILIP NULUD (SBN 245147) <br> BUCHALTER, LLP <br> 1000 Wilshire Blvd., Suite 1500 <br> Los Angeles, CA 90017 <br>    *Telephone No:* 213-891-5061 <br><br>    *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> M8069.3 | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT <br> CENTRAL DISTRICT OF CALIFORNIA ||  |
| *Plaintiff:*    MARTIN AUTO COLOR, INC., a California corporation <br> *Defendant:*    MARTIN AUTO PAINT AND SUPPLIES INC., a California corporation ||  |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:26-cv-00510 ODW(AGRx) |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Jose Fuerte (PS-001978, Riverside County)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $55.00

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

   02/02/2026
   (Date)                              (Signature)



| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PHILIP NULUD (SBN 245147)<br>BUCHALTER, LLP<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br>  Telephone No: 213-891-5061<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>M8069.3 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: MARTIN AUTO COLOR, INC., a California corporation<br>Defendant: MARTIN AUTO PAINT AND SUPPLIES INC., a California corporation | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:26-cv-00510 ODW(AGRx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice To Counsel Re: Copyright, Patent, And Trademark Reporting Requirements; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Feb 2, 2026
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: MARTIN AUTO PAINT AND SUPPLIES INC., a California corporation
       13100 Magnolia Avenue, Suite F Corona, CA 92879

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Feb 2, 2026 in the ordinary course of business.

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $55.00

6. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

02/02/2026
(Date)

(Signature)



PROOF OF SERVICE
BY MAIL

15087579
(17639513)