BUCHALTER LLP
PHILIP NULUD (SBN:  245147)
    Email: pnulud@buchalter.com
POOYA E. SOHI (SBN: 241574)
    Email: psohi@buchalter.com
ELAINE CHENG (SBN:  359685)
    Email: echeng@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400

Attorneys for Plaintiff
MARTIN AUTO COLOR, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN AUTO COLOR, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN AUTO PAINT AND SUPPLIES INC., a California corporation<br><br>Defendant. | Case No. 2:26-cv-00510 ODW (AGRx)<br><br>Hon. Otis D. Wright, II<br><br>**PLAINTIFF MARTIN AUTO COLOR, INC.'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |

BUCHALTER LLP
LOS ANGELES

**RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL**

Plaintiff MARTIN AUTO COLOR, INC., a California corporation ("Plaintiff") respectfully submits the following response to the Court's March 11, 2026 Order to Show Cause Re: Dismissal for Lack of Prosecution (the "OSC" [Dkt. No. 13]).

Plaintiff filed this action on January 16, 2026. On or about February 25, 2026, the parties agreed to extend Defendant Martin Auto Paint and Supplies, Inc. ("Defendant") deadline for filing a responsive pleading 30 days to and including March 18, 2026.

The parties have engaged in settlement discussions and reached a settlement in principal. A draft settlement agreement has been circulated and is in the process of being finalized and executed. Under the terms of the proposed settlement, Defendant is required to make a payment within five business days of execution and to complete certain rebranding obligations within 30 days.

Accordingly, Plaintiff respectfully requests that the OSC be continued an additional 30 days to allow the parties to finalize the settlement and complete the required performance thereunder. Upon full execution of the settlement agreement, Plaintiff will promptly file a request for dismissal.

DATED:  March 11, 2026                    BUCHALTER LLP


                                          By: _____
                                              PHILIP NULUD
                                              POOYA E. SOHI
                                              ELAINE CHENG
                                              Attorneys for Plaintiff
                                              MARTIN AUTO COLOR, INC.

BUCHALTER LLP
LOS ANGELES

107554493

2

**RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL**