UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-00510-ODW (AGRx) | | Date | March 11, 2026 |
|---|---|---|---|---|
| Title | *Martin Auto Color, Inc. v. Martin Auto Paint and Supplies, Inc.* | | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**             **In Chambers**

In light of Plaintiff's Response to the Court's Order to Show Cause, (Dkt. No. 14), indicating that the parties have reached a settlement in principal, the action is placed on inactive status. By **April 10, 2026**, the parties shall file a dismissal that complies with Federal Rule of Civil Procedure 41.

All other dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |